Please docket per Ludwig, J.

EL

APG MULTIMEDIA
Consulting, Management & Development
Your Total Solutions Provider

185 Broughton Ave
Suite 2
Bloomfield NJ 07003

Phone 973-944-1760
Fax 973-866-0136
E-mail: service@apmultimedia.net

March 7, 2011

Michael E. Kunz, Clerk of Court
U.S. District Court, Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797


RECEIVED
MAR 09 2011
By _____

Dear Sir/Madam,

Asaf P. Guttman
APG Multimedia LLC.
Civil Suit, 11-129 United States District Court
February 17, 2010.

In reference to the above matter...

My case is listed for filing an answer with the United States District Court of Easter Pennsylvania on the February 17, 2010. My sincere apology for not responding in time, consequently I have not been served directly. However, I did receive a fax notification from the plaintiff's lawyer on February 7, 2011. I have been exhausted from obtaining new business and trying to keep my business running. This task has been increasingly difficult in my industry especially, after the plaintiff attempt to take advantage of my company. I would request for additional time so that I have time to file an answer and peruse my right for a fair trial. I assure you that the answers to this case will clarify the unjust conduct of the plaintiff's and the scheme to take advantage of myself and my company.

Please notify me with the adjournment date for filing the answer. If the Court requires any further details please do not hesitate to contact me.

Yours Truly,

Asaf P. Guttman
APG Multimedia LLC.