IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARAN CHADHA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-129 |
| APG MULTIMEDIA, LLC, et al. | : | |

## ORDER

AND NOW, this 10th day of March, 2011, upon letter request by plaintiff Asaf P. Guttman, *pro se*, the default entered against defendant Guttman is vacated.[1] By Monday, March 21, 2011, defendant Guttman may file an answer to the complaint.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] Defendant Guttman presumably makes the request for an extension to file an answer on behalf of both himself and his business, APG Multimedia, LLC. However, it is impermissible for individual parties, who are not attorneys, to represent corporate entities, "irrespective of their status as corporate shareholders, officers, directors, or employees." CPR Assocs., Inc. v. Southeastern PA Chapter of the American Heart Assoc., 1990 WL 200267, at *1 (E.D. Pa., Dec. 3, 1990), citing Phoenix Mut. Life Ins. Co. v. Radcliffe on the Delaware, Inc., 439 Pa. 159 (1970). Moreover, it is impermissible for a corporate entity to appear *pro se* before the court. CPR Assoc., at *1, citing Simbraw, Inc. v. United States, 367 F.2d 373 (3d Cir. 1966). Accordingly, the default against APG must remain in place until a counseled request that it be vacated is filed.